**FINJAN INC., a Delaware corporation, Plaintiff–Appellant,**

v.

**SYMANTEC CORP., a Delaware corporation, Websense Inc., a Delaware corporation, and Sophos Inc., a Massachusetts corporation, Defendants–Appellees.**

No. 2013–1682.

United States Court of Appeals, Federal Circuit.

Sept. 15, 2014.

Paul J. Andre, Kramer Levin Naftalis & Frankel LLP, of Menlo Park, CA, argued for plaintiff-appellant. With him on the brief were Lisa Kobialka and James Hannah; and Aaron M. Frankel of New York, NY. Of counsel on the brief was Jeffrey M. Harris, Bancroft PLLC, of Washington, DC.

David A. Nelson, Quinn Emanuel Urquhart & Sullivan, LLP, of San Francisco, CA, and Sean C. Cunningham, DLA Piper LLP, of San Diego, CA, argued for defendants-appellees. On the brief for Symantec Corp. were Jennifer A. Kash, Sean S. Pak and David A. Nelson, Quinn Emanuel Urquhart & Sullivan, LLP, of San Francisco, CA. On the brief for Websense, Inc. were Anthony M. Stiegler and Lori R. Mason, of Cooley LLP, of San Diego, CA. Of then brief for Sophos Inc. were John Allcock, Sean C. Cunningham, Stanley J. Panikowski, and Kathryn Riley Grasso, DLA Piper LLP, of San Diego, CA.

PROST, Chief Judge, NEWMAN and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**